# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| KAYLEIGH B. SHANKLE, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 3:24-cv-05254-JDA-TER |
| DESTINATION XL GROUP, INC. AND CASUAL MALE RETAIL STORE, LLC, | ) |
| Defendants. | ) |

## RULE 502(d) PROTECTIVE ORDER

Presently before the Court is a Joint Motion by the Parties for entry of a protective order pursuant to Federal Rule of Evidence 502(d). Having carefully considered the Joint Motion, the Parties request is GRANTED as follows:

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

**IT IS SO ORDERED.**

                                            s/Thomas E. Rogers, III
                                            THOMAS E. ROGERS
                                            UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2025
Florence, South Carolina